CAND Pay.gov Application for Refund (rev. 3/2025)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *The information for the required receipt fields can be found in the Pay.gov screen receipt or confirmation email.*

1. Your Name*: Alan Eisner
2. Your Email Address*: alan@egattorneys.com
3. Receipt Agency Tracking ID for Refund*: ACANDC-21093685
4. Transaction Date for Refund*: 09/05/2025
5. Transaction Amount to be Refunded*: 328.00
6. Receipt Agency Tracking ID for Correct Receipt Number on Docket*: ACANDC-21093685
7. Your Phone Number: 818-781-1570
8. **Full Case Number (if applicable):**

9. Fee Type:*
   - [✓] Attorney Admission
   - [ ] Civil Case Filing
   - [ ] Audio Recording
   - [ ] Notice of Appeal
   - [ ] Pro Hac Vice
   - [ ] Writ of Habeas Corpus
   - [ ] Other: _____

10. Reason for Refund Request*: *Explain in detail what happened to cause duplicate charges, no fee required, etc.*
    - [ ] Duplicate Charge
    - [ ] No Fee Required for Filing
    - [✓] Other

    Already admitted, checked PACER and was not listed, got a call already admitted

*If you paid a filing fee using an abandoned case number, note that case number here and e-file the refund request in the open case.*

✓ **Efile this form: OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**
View detailed instructions at: cand.uscourts.gov/ecf/payments.
Assistance: Contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday - Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: [ ] Approved  [ ] Denied  [✗] Denied – Resubmit amended application (see reason for denial) | |
| Approval/denial date: | DENIED By Ana Banares at 7:49 am, Sep 17, 2025 |
| Pay.gov refund tracking ID refunded: | |
| Date refund processed: | |
| Request approved/denied by: | |
| Agency refund tracking ID number: | |
| Refund processed by: | |
| Reason for denial (if applicable): | Please enter correct case number in Field 8. |
| Referred for OSC date (if applicable): | |